**Order entered January 21, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01454-CV

**JOHNNY PAUL RIVERS, Appellant**

**V.**

**DALLAS COUNTY, ET AL., Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-13-50088**

## ORDER

Before the Court is appellant's January 16, 2015 motion requesting that we extend the time for him to file his brief and that we order the supervisor of the Estelle Unit's Law Library to allow him extra time in the library to prepare his brief. We **GRANT** the motion **ONLY TO THE EXTENT** that appellant shall file his brief by **FEBRUARY 20, 2015**.

/s/     ELIZABETH LANG-MIERS
        JUSTICE